# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CV64 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAY JAMES JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's motion for leave to file supplement to list of non-expert witnesses (Filing No. 54).  Upon consideration,

**IT IS ORDERED:**

1.      The plaintiff's motion for leave to file supplement to list of non-expert witnesses (Filing No. 54) is granted.

2.      The plaintiff's supplement to list of non-expert witnesses (Filing No. 54, Part 2) is deemed filed.

DATED this 19th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge