# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:04CV64 |
| vs. | ) | ORDER |
| **JAY JAMES JACKSON, et al.,** | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Amend Progression Order (Filing No. 58). The defendants seek an extension from August 8, 2005, to September 8, 2005, of the deadline to depose two of the plaintiff's expert witnesses, Wiley Wright and Thomas DeHoff, with regard to their rebuttal expert reports. The defendants represent the plaintiff has no objection to the extension so long as it is limited to Messrs. Wright and DeHoff with regard to their rebuttal expert reports. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The defendants' Motion to Amend Progression Order (Filing No. 58) is granted.

2. The defendants' deadline for completing depositions of Wiley Wright and Thomas DeHoff with regard to their rebuttal expert reports is extended from August 8, 2005, to **September 8, 2005**.

DATED this 9th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge