IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CV64 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAY JAMES JACKSON, KATHLEEN M. JACKSON and JACKSON SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion for Extension of Time to File Motions for Summary Judgment (Filing No. 72). In the parties' motion, they ask the court to extend the deadline for filing motions for summary judgment from November 2, 2005, **see** Filing No. 36, to November 17, 2005. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion for Extension of Time to File Motions for Summary Judgment (Filing No. 72) is granted.

2. The parties have to **on or before November 17, 2005,** in which to file motions for summary judgment.

DATED this 13th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge