## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:04CV64** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JAY JAMES JACKSON,** | ) | |
| **KATHLEEN M. JACKSON, and** | ) | |
| **JACKSON SERVICES, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on Defendants' Motion to Strike Filing No. 74 (Filing No. 75) for the reason that on October 21, 2005, Defendants attached in error their Index of Evidence to a Memorandum in Support of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Expert Report of Kurt Fesler (Filing No. 74). Defendants' Index of Evidence should have been filed as a separate document with the clerk's office. Defendants have filed their Motion to Strike (Filing No. 75) so that they can file their aforementioned Memorandum separate from the supporting Index of Evidence. Upon consideration,

**IT IS ORDERED:**

1. The Defendants' Motion to Strike Filing No. 74 (Filing No. 75) is granted.
2. The Clerk's Office shall strike Filing Number 74 from the record.

DATED this 25th day of October, 2005.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                          United States Magistrate Judge