# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JAY JAMES JACKSON,  )<br>KATHLEEN M. JACKSON and  )<br>JACKSON SERVICES, INC.,  )<br>  )<br>  Defendant.  ) | 8:04CV64<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on March 2, 2006, by Michael McNulty, counsel for plaintiff, and Ellen S. Goldman, counsel for the defendants,

**IT IS ORDERED that:**

1. The plaintiff shall lodge the consent decree with the clerk of the court for public comment in accordance with the provisions of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9622, **on or before April 17, 2006**.

2. All pending motions are deemed moot and termed on the docket.

3. All existing deadlines, all scheduled conferences, and the trial are cancelled upon the representation that this case is settled.

DATED this 2nd day of March, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge